IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 26 C 8645 |
| | ) | JUDGE VIRGINIA M. KENDALL |
| ECO-ALPHA CHICAGO, INC., an Illinois corporation, | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, (hereinafter referred to as Pension Fund) by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, Eco-Alpha Chicago, Inc., an Illinois corporation, in the total amount of $1,047,136.02, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,413.75.

Plaintiffs brought this case under Section 1132 and 1145 of ERISA to collect delinquent fringe benefit contributions due on behalf of Defendant's employees who performed work under a collective bargaining agreement between Eco-Alpha Chicago and Local 399 of the International Union of Operating Engineers (Complaint ¶3).

On July 30, 2026, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Kim Restrepo, Intake Coordinator) at the registered office of record in Illinois (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 20, 2026.

Defendant owes contributions to the Pension Fund for three different time periods. (Shelton Affidavit ¶¶4-10) Plaintiffs conducted an audit of Defendant's payroll books and records for the time period January 2022 through December 2024. (Shelton Affidavit ¶5) Based upon that audit, Defendant owes $31,352.89. (Id.) In addition, Defendant submitted contribution reports for the period May 2025 through February 2026 without payment. (Shelton Affidavit ¶4) Contributions, liquidated damages and interest total $810,836.51 for that time period. (Id.) As alleged in Count II of the Complaint, Defendant and Plaintiffs entered into a settlement agreement to resolve those amounts due, but Defendant did not make any payments under that settlement agreement. Lastly, the Pension Fund has estimated amounts due for the period March 2026 through May 2026. (Shelton Affidavit ¶4) Those estimates are based upon Defendant's past reports of the same employees for the same hours each month. (Id.) The estimated amounts of contributions, liquidated damages and interest total $204,946.65. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment in the total amount of $1,047,136.02 plus $3,413.75 in attorneys' fees and costs pursuant to F.R.Civ.P. Rule 55(b).

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

i:\cpfj\eco alpha\motion for entry of default and judgment.lmf.df.docx

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of October 2026:

Ms. Melanie Okoro, President
Eco-Alpha Chicago, Inc.
227 W. Monroe Street, Suite 2100
Chicago, IL 60606-5017

Legalcorp Solutions, LLC, Registered Agent for
Eco-Alpha Chicago, Inc.
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601-5902

Mr. James Quadra
Quadra & Coll, LLP
I Embarcadero Center, Suite 1200
San Francisco, CA 94111
jquadra@quadracoll.com

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

i:\cpfj\eco alpha\motion for entry of default and judgment.lmf.df.docx